# HUSCH BLACKWELL

J. Aron Carnahan
Partner

120 South Riverside Plaza, Suite 2200
Chicago, IL 60606-3912
Direct: 312.526.1612
Fax: 312.655.1501
aron.carnahan@huschblackwell.com

September 22, 2011

**VIA HAND DELIVERY**

Ms. Michelle Alston
Deputy Clerk
United States District Court
 For the Northern District of Illinois
219 S. Dearborn Street, Room 2010
Chicago, IL 60604

**FILED**

SEP 2 2 2011
9-22-11
MICHAEL W. DOBBINS
CLERK, U.S DISTRICT COURT

Re:  Express Scripts, Inc. v. Walgreen Co.
     11cv06223

Dear Ms. Alston:

I am in receipt of your correspondence dated September 8, 2011 (attached), which requested information for use in a report to the Director of the United States Patent and Trademark Office pursuant to 15 U.S.C. §1116(c). Although claims in this civil action 11cv06223 do arise under section 43 of the Lanham Act (15 U.S.C. § 1125), there are no registered trademarks that give rise to these proceedings. Accordingly, there are no "number or numbers of the registration or registrations upon which the action, suit, or proceeding has been brought" to be reported as contemplated by 15 U.S.C. §1116(c). It is for this reason that a L.R. 3.4 Notice was not filed in connection with this case.

Ms. Michelle Alston
September 22, 2011
Page 2

Thank you, and please call with any questions.

Very truly yours,

HUSCH BLACKWELL LLP

By: *[signature]*
J. Aron Carnahan

cc: Counsel of Record

# SCANNED



United States District Court
Northern District of Illinois - Eastern Division
United States Courthouse
219 South Dearborn Street - Room 2010
Chicago, Illinois 60604

RECEIVED
2011 SEP 12 PM 12: 27

MICHAEL W. DOBBINS,
Clerk

Office of the Clerk

September 8, 2011

Re: **Express Scripts, Inc. v. Walgreen Co.**
Case: **11-cv-06223**

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been received. Additional information is required for the completion of reports that are forwarded by this office to Washington, D.C.

The following additional information is required:

| TRADEMARK NUMBER | DATE OF TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Please provide this information within ten (10) days of today's date.

Sincerely yours,
**Michael W. Dobbins, Clerk**

By: /s/*Michelle Alston*
Deputy Clerk