**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| EXPRESS SCRIPTS, INC, a Delaware Corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 11cv06223 |
| v. | ) ) | Judge Marvin E. Aspen |
| WALGREEN CO., an Illinois Corporation | ) ) ) | Magistrate Judge Morton Denlow |
| Defendant. | ) ) | |

**<u>Withdrawal of Plaintiff's Motion for a Status Hearing on September 26, 2011</u>**

Plaintiff Express Scripts, Inc. ("Express Scripts") filed a Motion on September 20, 2011 seeking a status hearing before this Court on September 26, 2011 (docket no. 31). Subsequent to filing the motion, events have transpired that have rendered the request for status unnecessary.

As of this date, a hearing concerning Plaintiff's request for preliminary relief is scheduled to occur before an AAA arbitrator on October 11, 2011. For this reason, Plaintiff respectfully submits that no status hearing before this Court is warranted on September 26. Plaintiff therefore withdraws its Motion for a Status Hearing on September 26, 2011 (docket no. 31).

Respectfully Submitted,

EXPRESS SCRIPTS, INC.

By:    s/James P. White
       One of Its Attorneys

James P. White
James F. Monafo
Christopher J. Valeriote
Christopher A. Smith
HUSCH BLACKWELL LLP
120 South Riverside Plaza
Suite 2200
Chicago, IL 60606
Phone: 312.655.1500
Fax: 312.655.1501

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 22nd day of September, 2011, the foregoing was filed electronically with the Clerk of the Court for the United States District Court for the Northern District of Illinois, Eastern Division, which will serve the document upon the following counsel for Defendant:

Peter B. Bensinger, Jr.
Hamilton H. Hill
Asha L.I. Spencer
Ashley C. Keller
Bartlit Beck Herman Palenchar & Scott LLP
54 W. Hubbard Street, Suite 300
Chicago, Illinois 60654
asha.spencer@bartlit-beck.com
hamilton.hill@bartlit-beck.com
peter.bensinger@bartlit-beck.com
Ashley.keller@bartlit-beck.com
Office: 312.494.4426
Office Fax: 312.494.4440

/s/ James P. White